1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRISCILLA CREWS, TRUSTEE OF THE PRISCILLA CREWS LIVING TRUST DATED JUNE 25, 1991; and JAMIE CREWS GONZALEZ,<br><br>    Plaintiffs,<br><br>    vs.<br><br>GMAC MORTGAGE, LLC f/k/a GMAC MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and DOES 1-10,<br><br>    Defendants. | Case No.: **2:11-cv-04903-JHN -FMO**x<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS GMAC MORTGAGE, LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

1  On August 31, 2011, the Court dismissed plaintiff's complaint with
2  prejudice. Therefore,
3  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment
4  of dismissal with prejudice is entered in favor of defendants GMAC Mortgage,
5  LLC (sued as "GMAC Mortgage, LLC f/k/a GMAC Mortgage Corporation") and
6  Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants"), and
7  against plaintiffs Priscilla Crews, Trustee Of The Priscilla Crews Living Trust
8  Dated June 25, 1991; and Jamie Crews Gonzalez (collectively, "Plaintiffs").
9  Plaintiffs are to recover nothing from Defendants.
10  IT IS SO ORDERED.

DATED:  September 13, 2011

_____
Honorable Jacqueline H. Nguyen
United States District Court

19000/0964/964226.1

Certificate of Service
Case No.:  CV11-02149 PA (CWx)