1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRISCILLA CREWS, TRUSTEE OF THE PRISCILLA CREWS LIVING TRUST DATED JUNE 25, 1991; and JAMIE CREWS GONZALEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>GMAC MORTGAGE, LLC f/k/a GMAC MORTGAGE CORPORATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS; and DOES 1-10,<br><br>Defendants. | Case No.: **2:11-cv-04903-JHN -FMO**x<br><br>**JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO DEFENDANTS GMAC MORTGAGE, LLC AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

On August 31, 2011, the Court dismissed plaintiff's complaint with prejudice.  Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment of dismissal with prejudice is entered in favor of defendants GMAC Mortgage, LLC (sued as "GMAC Mortgage, LLC f/k/a GMAC Mortgage Corporation") and Mortgage Electronic Registration Systems, Inc. (collectively, "Defendants"), and against plaintiffs Priscilla Crews, Trustee Of The Priscilla Crews Living Trust Dated June 25, 1991; and Jamie Crews Gonzalez (collectively, "Plaintiffs"). Plaintiffs are to recover nothing from Defendants.

IT IS SO ORDERED.

DATED:  September 13, 2011

_____
Honorable Jacqueline H. Nguyen
United States District Court